UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18MC00289 PLC |
| | ) |
| THIRTY-ONE THOUSAND, THREE HUNDRED AND EIGHTY DOLLARS ($31,380.00) U.S. CURRENCY, | ) ) ) |
| | ) |
| Defendant. | ) |

**ORDER EXTENDING TIME
FOR FILING COMPLAINT FOR FORFEITURE**

WHEREAS this matter came before the Court on the United States' Third Motion to Extend Time to File Complaint for Forfeiture;

AND WHEREAS Title 18, United States Code, Section 983(a)(3)(A) permits this Court to extend the time in which the United States may file its Complaint for Forfeiture for good cause shown;

AND WHEREAS the United States would otherwise be required, pursuant to Title 18, United States Code, Section 983(a)(3)(A), to file a civil Complaint for Forfeiture against the above-captioned property by October 22, 2018;

AND WHEREAS, the United States has shown that good cause exists because of its ongoing criminal investigation, the potential unavailability of the property in future forfeiture proceedings, and the avoidance of duplicative actions;

WHEREFORE, for the foregoing good cause, the Government respectfully requests that the Court extend the period in which the United States is required to file a Complaint against the property and/or to return criminal charges until January 20, 2019.

IT IS SO ORDERED on this 16 day of October, 2018.

HONORABLE PATRICIA L. COHEN
United States Magistrate Judge